SAMUEL H. MILDENBERG et al., Appellants, *v.* DARWIN R. JAMES et al., Respondents.

*Mildenberg* v. *James*, 62 App. Div. 617, affirmed.
(Argued May 19, 1903; decided June 2, 1903.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered June 13, 1901, affirming a judgment of Special Term sustaining a demurrer to the complaint.

*E. H. Benn* for appellants.

*Arthur J. Baldwin* for respondents.

Judgment affirmed, with costs; no opinion.
Concur: PARKER, Ch. J., GRAY, O'BRIEN, HAIGHT, MARTIN, CULLEN and WERNER, JJ.

---

MARY FITZGERALD, Appellant, *v.* THE ATLANTA HOME INSURANCE COMPANY, Respondent.

*Fitzgerald* v. *Atlanta Home Ins. Co.*, 72 App. Div. 629, affirmed.
(Argued May 19, 1903; decided June 2, 1903.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the third judicial department, entered May 20, 1902, affirming a judgment in favor of defendant entered upon a dismissal of the complaint by the court at a Trial Term.

*J. K. Long* and *Thomas S. Fagan* for appellant.

*Albert A. Wray* for respondent.

Judgment affirmed, with costs; no opinion.
Concur: PARKER, Ch. J., GRAY. O'BRIEN, HAIGHT, MARTIN, CULLEN and WERNER, JJ.